# Court of Appeals
# of the State of Georgia

ATLANTA,    April 27, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0322. ANNERESE ASHFORD et al. v. WILMINGTON SAVINGS FUND SOCIETY FSB.**

In this dispossessory appeal to superior court, defendants Annarese and Karon Ashford filed a motion for a continuance and a motion to dismiss. Plaintiff Wilmington Savings Fund Society FSB filed a motion to compel payment of rent into the registry of the court. On March 17, 2016, the superior court denied the defendants' motions and granted the plaintiff's motion. On April 1, 2016, the plaintiffs filed this application for discretionary appeal. We lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522 (521 SE2d 456) (1999).  Here,

the application was not filed until 15 days after entry of this order. Accordingly, this application is untimely, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____04/27/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*